IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ROBERT CERNIGLIA,

    Plaintiff,                      No. CIV S-99-1938 JKS DAD

    v.

COUNTY OF SACRAMENTO, et al.,    <u>ORDER</u>

    Defendants.
_____/

        The request for authority to incur costs and request for payment filed on August 13, 2007, has been referred to the undersigned. Recently appointed counsel seeks authority to incur costs for (1) copies of all discovery requests propounded in this action and the responses to the requests, including any documents produced, and (2) travel to and from Coalinga State Hospital for an initial meeting with the plaintiff. Counsel estimates that travel costs will not exceed $250.00. Counsel offers a copy of an invoice for $44.80 for copying 448 pages of discovery-related documents, including the transcript of plaintiff's deposition.

        Pursuant to General Order No. 230, the undersigned finds good cause to approve counsel's request to incur the costs described in the August 13, 2007 request. The undersigned also finds that counsel has incurred costs for copies of discovery-related documents in the amount of $44.80. The request for payment of that amount will be granted. Plaintiff will be

1

directed to submit a request for payment of actual travel costs, not exceeding $250.00, with appropriate documentation.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 13, 2007 request (#112 on the court's docket) for authority to incur costs in the amount of $44.80 for copies and in an amount not to exceed $250.00 for travel costs is approved;

2. Plaintiff's request for payment of the sum of $44.80 is granted;

3. Plaintiff shall file a request for payment of actual travel costs, not exceeding $250.00, within thirty days from the date of service of this order;

4. Pursuant to General Order 230, the Clerk of the Court shall disburse the sum of $44.80 to plaintiff's counsel; and

5. The costs disbursed pursuant to this order shall be reimbursed out of any recovery or settlement resulting from this action.

DATED: December 12, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.civil\cerniglia1938.authcostspymt