IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ROBERT CERNIGLIA,

    Plaintiff,                   No. CIV S-99-1938 JKS DAD

    v.

COUNTY OF SACRAMENTO, et al.,    <u>ORDER</u>

    Defendants.

_____/

        By order filed December 13, 2007, plaintiff's appointed counsel was authorized to incur costs not to exceed $250.00 for travel to and from Coalinga State Hospital for an initial meeting with plaintiff. Before the court is counsel's request for reimbursement in the amount of $130.34 for the actual cost of such travel. On the basis of counsel's declaration, the undersigned finds that counsel has incurred travel costs in the amount of $130.34.

        Pursuant to General Order No. 230, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 18, 2007 request (#130 on the court's docket) for payment of actual travel expenses in the amount of $130.34 is granted;

        2. The Clerk of the Court shall disburse the sum of $130.34 to plaintiff's counsel; and

/////

1

3. The costs disbursed pursuant to this order shall be reimbursed out of any recovery or settlement resulting from this action.

DATED: December 18, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.civil\cerniglia1938.reqpymt2