IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ROBERT CERNIGLIA,

    Plaintiff,                      No. CIV S-99-1938 JKS DAD

    v.

COUNTY OF SACRAMENTO, et al.,    ORDER

    Defendants.

_____/

    By order filed February 1, 2008, plaintiff's counsel was granted seven court days to advise the court if counsel did not intend to withdraw plaintiff's October 22, 2007 request for authority to incur costs and for payment. In the absence of advisement to the contrary, plaintiff's request to withdraw the October 22, 2007 request will be granted. IT IS HEREBY ORDERED that:

    1. Plaintiff's December 6, 2007 request to withdraw (No. 127) is granted; and

    2. Plaintiff's October 22, 2007 request (No. 125) is deemed withdrawn.

DATED: February 19, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.civil\cerniglia1938.reqcosts.withdrawn