**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Courtney D. Leibrock, SBN 249565
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants SACRAMENTO COUNTY BOARD OF SUPERVISORS SHERIFF LOU BLANAS, CAPTAIN HARRIS, SERGEANT DILLON, DEPUTY McGUIRE, DEPUTY KOBZA, DEPUTY MENDOZA, DEPUTY KRIMKIN, DEPUTY WINN, DEPUTY EDWARDS, DEPUTY HARRIS, DEPUTY HILDAGO, DEPUTY PETERSEN, DEPUTY KOONTZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROBERT CERNIGLIA,<br><br>                Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>                Defendants.<br>_____ / | Case No. CIV.S-99-1938 JKS DAD PS<br><br>**STIPULATION AND REQUEST TO SET DATE FOR OPPOSITIONS TO DISPOSITIVE MOTIONS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defense counsel was under the impression that their opposition to plaintiff's motion for summary adjudication was due February 22, 2008. This was due to calendaring the opposition based on Federal Eastern District Local Rule 78-230(m), applicable in prisoner cases, provides oppositions are due eighteen (18) days, plus three (3) days for mailing or electronic service, after the date of service. However, an order of the court dated June 16, 2003 stated unless otherwise provided by the court, provided by statue, or rule oppositions are due fifteen (15) days from the date of service.

---

1

STIPULATION AND REQUEST TO SET DATE FOR OPPOSITIONS TO DISPOSITIVE MOTIONS
00561865.WPD

Therefore, the parties stipulate that Defendants' Opposition to Plaintiff's Motion for Summary Adjudication will be due on Friday, February 22, 2008.

Plaintiff's Opposition to Defendants' Motion for Summary Judgment or in the Alternative Summary Adjudication shall be due on Friday, February 22, 2008.

Accordingly, both parties' Replies will be due on March 5, 2008.

Dated: February 14, 2008

PORTER SCOTT
A PROFESSIONAL CORPORATION

By *(signature)*
Courtney D. Leibrock
Attorney for Defendants

Dated: February 14, 2008

ORRICK HERRINGTON & SUTCLIFFE, LLP

By *(signature)*
Stephanie Zook
Attorney for Plaintiff

IT IS SO ORDERED.

Based on good cause, the court orders the oppositions to dispositive motions shall be due on February 22, 2008, and the Replies will be due on March 5, 2008.

Dated: February 20, 2008

/s/James K. Singleton
Judge James K. Singleton

2

STIPULATION AND REQUEST TO SET DATE FOR OPPOSITIONS TO DISPOSITIVE MOTIONS
00561865.WPD