IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROBERT CERNIGLIA<br><br>              Plaintiff,<br><br>      vs.<br><br>COUNTY OF SACRAMENTO; SHERIFF LOU BLANAS; CAPTAIN HARRIS; SERGEANT DILLON; DEPUTY McGUIRE; DEPUTY KOBZA;  DEPUTY MENDOZA; DEPUTY KREMKIN; DEPUTY WINN; DEPUTY EDWARDS; DEPUTY HARRIS; DEPUTY HIDALGO; DEPUTY PETERSEN; and DEPUTY KOONTZ,<br><br>              Defendants. | No. 2:99-cv-01938-JKS-DAD<br><br>TRIAL READINESS ORDER |

       It appears that all discovery has been completed, all dispositive motions have been decided and this matter should be ready for trial.  The Court is ready to schedule a final pretrial conference and trial and will do so when the parties have complied with the following.

       (1)  Counsel for plaintiff must consult with other counsel and, on or before **May 16, 2008**, jointly:

              (a)  certify that there are no outstanding procedural or legal issues that are appropriate for resolution by motion, other than motions *in limine*;

              (b)  identify what factual and legal issues, other than damages, remain to be resolved at trial, if any;

              (c)  estimated number of days the trial is expected to take;

              (d)  identify which parties that may be dismissed from this action, if any; and

              (e)  certify that settlement has been seriously explored and is deemed to be remote or that the parties believe that a settlement conference would be helpful.

     (2)  If the parties believe that a settlement conference before the assigned Magistrate Judge would be helpful, it can be scheduled by contacting the Court's in-court deputy, Harry Vine, at (916) 930-4091.  Any such settlement conference should be scheduled so as to be completed not later than **August 1, 2008.**

     (3)  Counsel are to indicate the dates between **September 2, 2008**, and **October 3, 2008**, that they will *not* be available to try this case within the estimated trial time.

     Dated:  April 18, 2008

                                                  s/ James K. Singleton, Jr.
                                                  JAMES K. SINGLETON, JR.
                                                  United States District Judge