# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROBERT CERNIGLIA, | |
| Plaintiff, | No. CIV S-99-1938 JKS DAD |
| vs. | |
| SACRAMENTO COUNTY, et al., | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR APPEARANCE VIA VIDEO CONFERENCE FOR SETTLEMENT CONFERENCE** |
| Defendants. | |
| _____/ | |

Plaintiff STEVEN ROBERT CERNIGLIA, identification # C0001651, is confined in Coalinga State Hospital, 24511 West Jayne Avenue, P.O. Box 5000, Coalinga, CA 93210-5000, in the custody of Executive Director (Interim) Norm Kramer. In order to secure plaintiff's attendance at a court-ordered settlement conference, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding plaintiff's custodian to produce plaintiff to appear by video conferencing before the Honorable Dale A. Drozd on July 17, 2008, at 10:00 a.m. in Courtroom 27, United States Courthouse, 501 I Street, Sacramento, California.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Executive Director of Coalinga State Hospital to produce the individual named above to appear by video conferencing in the United States District Court at the time and place stated above, until completion of the settlement conference or as ordered by the court; and

2. Plaintiff's custodian is ordered to notify the court of any change in plaintiff's custody and is further ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Executive Director (Interim) Norm Kramer, Coalinga State Hospital, 24511 West Jayne Avenue, P.O. Box 5000, Coalinga, CA 93210-5000:**

**WE COMMAND** you to produce the individual named above to appear by video conferencing before the United States District Court at the time and place stated above, until completion of the settlement conference or as ordered by the court; and

**FURTHER**, you have been ordered to notify the court of any change in plaintiff's custody and to provide the new custodian with a copy of this writ.

DATED: June 6, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.civil\cerniglia1938.whcat