**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Stephen W. Robertson, SBN 228708
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SHERIFF LOU BLANAS, DEPUTY MENDOZA, and DEPUTY KREMPKIN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROBERT CERNIGLIA, | Case No. CIV.S-99-1938 JKS DAD PS |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| COUNTY OF SACRAMENTO, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff STEVEN ROBERT CERNIGLIA and defendants COUNTY OF SACRAMENTO, SHERIFF LOU BLANAS, DEPUTY GARY MENDOZA, and DEPUTY ZACKARY KREMPKIN by and through their undersigned counsel, that any and all claims against defendants be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

///

///

///

Dated: ~~September~~ October 16, 2008

PORTER SCOTT
A PROFESSIONAL CORPORATION

By _____
David A. Melton
Attorneys for Defendants

Dated: ~~September~~ October 14, 2008

ORRICK HERRINGTON & SUTCLIFFE, LLP

By _____
Ahalea Patterson
Counsel for Plaintiff STEVE R. CERNIGLIA

Based on the joint stipulation of the parties, **IT IS HEREBY ORDERED**:

    1.    Defendants are dismissed with prejudice from this case, each party to bear its own costs and attorney fees.

**IT IS SO ORDERED.**

Dated: October 16, 2008.             /s/James K. Singleton, Jr.
                                                                        United States District Court Judge

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

3

00599251.WPD    STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE